# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**GERALD T. STASHAK, M.D.P.A.,** a/a/o **BESLINE LAGUERRE,**
Appellant,

v.

**SECURITY NATIONAL INSURANCE COMPANY,**
Appellee.

No. 4D21-369

[July 21, 2021]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Reginald Roy Corlew, Judge; L.T. Case Nos. 502012SC23358 and 2020AP20.

Chad A Barr  and Dalton L. Gray of Law Office of Chad A. Barr, P.A., Altamonte Springs, for appellant.

Anthony J. Parrino and Jennifer W. Opiola of Reynolds Parrino & Shadwick, P.A., St. Petersburg, and Sunia Yvette Marsh of Law Offices of Christina M. Sanabria, Tampa, for appellee.

PER CURIAM.

*Affirmed.  See Bartow HMA, Inc. v. Sec. Nat'l Ins. Co.*, No. 4D21-167 (Fla. 4th DCA July 14, 2021).

MAY, FORST  and ARTAU, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***